IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL J. RENDER, | ) | 8:12CV438 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Plaintiff's motion for enlargement of time (filing 12) is granted, and the briefing schedule is modified as follows:

1. Plaintiff shall file a brief by June 14, 2013;

2. Defendant shall file a brief by July 15, 2013;

3. Plaintiff may file a reply brief by July 29, 2013; and

4. This case shall be ripe for decision on July 30, 2013.

May 15, 2013.                                BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge