IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL J. RENDER, | ) | 8:12CV438 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's motion for extension of time (filing 15) is granted, and the briefing schedule is modified as follows:

1. Defendant shall file a brief by August 14, 2013;

2. Plaintiff may file a reply brief by August 28, 2013; and

3. This case shall be ripe for decision on August 29, 2013.

July 12, 2013.					BY THE COURT:

						*Richard G. Kopf*
						Senior United States District Judge