IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DANIEL J. RENDER, | ) | 8:12CV438 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of the | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that Defendant's (second) motion for extension of time (filing 17) is granted, and the briefing schedule is modified as follows:

1.   Defendant shall file a brief by September 13, 2013;

2.   Plaintiff may file a reply brief by September 27, 2013; and

3.   This case shall be ripe for decision on September 30, 2013.

August 14, 2013.                                    BY THE COURT:

                                                              *Richard G. Kopf*
                                                              Senior United States District Judge